UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re:  
**Mark Kevin Fisher**  
**Stephanie Powers**  

Case No. **16-11462**  
Chapter **13**

**Debtor(s)**

*Please Check the Appropriate Box.*

**For Debtor:**

☐ Payment Advices are Attached.
Number of Payment Advices Attached: __
Period Covered: __
Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: __

☒ No Payment Advices are Attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No Payment Advices Attached for other Reason, or Some Payment Advices Missing (please explain). ____

**For Joint Debtor, if applicable:**

☒ Payment Advices are Attached.
Number of Payment Advices Attached: **6**
Period Covered: **08/11/16-10/20/16**
Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: **1**

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No Payment Advices Attached for other reason, or Some Payment Advices Missing (please explain). ____

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of **4** sheets, numbered 1 through **4**, and that they are true and correct to the best of my knowledge, information, and belief.

Signature of Debtor: *(signed)* Date: **November 1, 2016**
Signature of Joint Debtor: *(signed Stephanie Powers)* Date: **November 1, 2016**

February 2006

**The Academy at Charlemont**
1359 Mohawk Trail
Charlemont, MA 01339-

*Every 2 wks — all yr. around*

**Earnings Statement**

Stephanie Powers       Employee Number    246       Department    11

Check Date: October 20, 2016
Period Beginning: October 02, 2016
Period Ending: October 15, 2016
Voucher Number: 3202
Net Pay: 1,139.33

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Salary | 0.00 | 80.00 | 1538.46 | 1680.00 | 29807.63 |
| ATLTD | 0.00 |  | 4.38 |  | 84.32 |
| Regular |  |  |  | -64.00 | 0.00 |
| Bonus |  |  |  |  | 700.00 |
| Personal |  |  |  | 76.00 | 0.00 |
| Sick |  |  |  | 20.00 | 0.00 |
| Stipend 1 |  |  |  |  | 2000.00 |
| **Total Gross Pay** |  | **80.00** | **1542.84** | **1712.00** | **32591.95** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare |  | 1389.05 | 20.14 | 461.13 |
| OASDI |  | 1389.05 | 86.13 | 1971.72 |
| Federal Income Tax | S/7 | 1329.05 | 15.21 | 774.91 |
| Massachusetts SITW | M/0 | 1329.05 | 63.86 | 1482.36 |
| **Total Tax Withholding** |  |  | **185.34** | **4690.12** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| AT Life & LT Out | 4.38 | 84.32 |
| 403B RA | 60.00 | 1120.00 |
| PT Dental | 10.29 | 216.09 |
| PT Medical Ins | 143.50 | 573.99 |
| **Total Deductions** | **218.17** | **1994.40** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0020 | xxxx3977 | 1139.33 |
| **Total Direct Deposits** |  | **1139.33** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | Hours |
|---|---|
| Personal hrs avail | 120.00 |
| Sick hrs avail | 20.00 |

---

**The Academy at Charlemont**
1359 Mohawk Trail
Charlemont, MA 01339-

**Earnings Statement**

Stephanie Powers       Employee Number    246       Department    11

Check Date: October 06, 2016
Period Beginning: Sept. 18, 2016
Period Ending: October 01, 2016
Voucher Number: 3158
Net Pay: 1,139.33

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | -20.00 |  | -64.00 | 0.00 |
| Sick | 0.00 | 20.00 |  | 20.00 | 0.00 |
| Salary | 0.00 | 80.00 | 1538.46 | 1600.00 | 28269.17 |
| ATLTD | 0.00 |  | 4.38 |  | 79.94 |
| Bonus |  |  |  |  | 700.00 |
| Personal |  |  |  | 76.00 | 0.00 |
| Stipend 1 |  |  |  |  | 2000.00 |
| **Total Gross Pay** |  | **80.00** | **1542.84** | **1632.00** | **31049.11** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare |  | 1389.05 | 20.15 | 440.99 |
| OASDI |  | 1389.05 | 86.12 | 1885.59 |
| Federal Income Tax | S/7 | 1329.05 | 15.21 | 759.70 |
| Massachusetts SITW | M/0 | 1329.05 | 63.86 | 1418.50 |
| **Total Tax Withholding** |  |  | **185.34** | **4504.78** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| AT Life & LT Out | 4.38 | 79.94 |
| 403B RA | 60.00 | 1060.00 |
| PT Dental | 10.29 | 205.80 |
| PT Medical Ins | 143.50 | 430.49 |
| **Total Deductions** | **218.17** | **1776.23** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0020 | xxxx3977 | 1139.33 |
| **Total Direct Deposits** |  | **1139.33** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | Hours |
|---|---|
| Avail Hrs | 120.00 |
| Avail Hrs | 20.00 |

2

## The Academy at Charlemont
1359 Mohawk Trail
Charlemont, MA 01339-

**Earnings Statement**

Check Date: September 22, 2016
Period Beginning: Sept. 04, 2016
Period Ending: Sept. 17, 2016

**Stephanie Powers**   Employee Number   246   Department   11   Voucher Number   3114
Net Pay   1,139.34

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Salary | 0.00 | 80.00 | 1538.46 | 1520.00 | 26730.71 |
| ATLTD | 0.00 | | 4.38 | | 75.56 |
| Regular | | | | -44.00 | 0.00 |
| Bonus | | | | | 700.00 |
| Personal | | | | 76.00 | 0.00 |
| Stipend 1 | | | | | 2000.00 |
| **Total Gross Pay** | | **80.00** | **1542.84** | **1552.00** | **29506.27** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1389.05 | 20.14 | 420.84 |
| OASDI | | 1389.05 | 86.12 | 1799.47 |
| Federal Income Tax | S/7 | 1329.05 | 15.21 | 744.49 |
| Massachusetts SITW | M/0 | 1329.05 | 63.86 | 1354.64 |
| **Total Tax Withholding** | | | **185.33** | **4319.44** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| AT Life & LT Out | 4.38 | 75.56 |
| 403B RA | 60.00 | 1000.00 |
| PT Dental | 10.29 | 195.51 |
| PT Medical Ins | 143.50 | 286.99 |
| **Total Deductions** | **218.17** | **1558.06** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0020 | xxxx3977 | 1139.34 |
| **Total Direct Deposits** | | **1139.34** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | Hours |
|---|---|
| Avail Hrs | 120.00 |

---

## The Academy at Charlemont
1359 Mohawk Trail
Charlemont, MA 01339-

**Earnings Statement**

Check Date: September 08, 2016
Period Beginning: August 21, 2016
Period Ending: Sept. 03, 2016

**Stephanie Powers**   Employee Number   246   Department   11   Voucher Number   3072
Net Pay   1,314.26

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Salary | 0.00 | 80.00 | 1766.38 | 1440.00 | 25192.25 |
| ATLTD | 0.00 | | 4.38 | | 71.18 |
| Regular | | | | -44.00 | 0.00 |
| Bonus | | | | | 700.00 |
| Personal | | | | 76.00 | 0.00 |
| Stipend 1 | | | | | 2000.00 |
| **Total Gross Pay** | | **80.00** | **1770.76** | **1472.00** | **27963.43** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1616.98 | 23.44 | 400.70 |
| OASDI | | 1616.98 | 100.25 | 1713.35 |
| Federal Income Tax | S/7 | 1556.98 | 39.17 | 729.28 |
| Massachusetts SITW | M/0 | 1556.98 | 75.48 | 1290.78 |
| **Total Tax Withholding** | | | **238.34** | **4134.11** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| AT Life & LT Out | 4.38 | 71.18 |
| 403B RA | 60.00 | 940.00 |
| PT Dental | 10.29 | 185.22 |
| PT Medical Ins | 143.49 | 143.49 |
| **Total Deductions** | **218.16** | **1339.89** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0020 | xxxx3977 | 1314.26 |
| **Total Direct Deposits** | | **1314.26** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | Hours |
|---|---|
| Avail Hrs | 96.00 |

3

## Earnings Statement

**The Academy at Charlemont**
1359 Mohawk Trail
Charlemont, MA 01339-

Check Date: August 25, 2016
Period Beginning: August 07, 2016
Period Ending: August 20, 2016

**Stephanie Powers**   Employee Number   246   Department   11   Voucher Number   3041
Net Pay   1,206.20

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Salary | 0.00 | 80.00 | 1481.48 | 1360.00 | 23425.87 |
| ATLTD | 0.00 | | 4.22 | | 66.80 |
| Regular | | | -44.00 | | 0.00 |
| Bonus | | | | | 700.00 |
| Personal | | | | 76.00 | 0.00 |
| Stipend 1 | | | | | 2000.00 |
| **Total Gross Pay** | | 80.00 | 1485.70 | 1392.00 | 26192.67 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1475.41 | 21.40 | 377.26 |
| OASDI | | 1475.41 | 91.48 | 1613.10 |
| Federal Income Tax | S/7 | 1415.41 | 23.85 | 690.11 |
| Massachusetts SITW | M/0 | 1415.41 | 68.26 | 1215.30 |
| **Total Tax Withholding** | | | 204.99 | 3895.77 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0020 | xxxx3977 | 1206.20 |
| **Total Direct Deposits** | | 1206.20 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| AT Life & LT Out | 4.22 | 66.80 |
| 403B RA | 60.00 | 880.00 |
| PT Dental | 10.29 | 174.93 |
| **Total Deductions** | 74.51 | 1121.73 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | Hours |
|---|---|---|
| Avail Hrs | | 96.00 |

---

## Earnings Statement

**The Academy at Charlemont**
1359 Mohawk Trail
Charlemont, MA 01339-

Check Date: August 11, 2016
Period Beginning: July 24, 2016
Period Ending: August 06, 2016

**Stephanie Powers**   Employee Number   246   Department   11   Voucher Number   3009
Net Pay   1,206.22

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Salary | 0.00 | 80.00 | 1481.48 | 1280.00 | 21944.39 |
| ATLTD | 0.00 | | 4.22 | | 62.58 |
| Regular | | | -44.00 | | 0.00 |
| Bonus | | | | | 700.00 |
| Personal | | | | 76.00 | 0.00 |
| Stipend 1 | | | | | 2000.00 |
| **Total Gross Pay** | | 80.00 | 1485.70 | 1312.00 | 24706.97 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1475.41 | 21.39 | 355.86 |
| OASDI | | 1475.41 | 91.47 | 1521.62 |
| Federal Income Tax | S/7 | 1415.41 | 23.85 | 666.26 |
| Massachusetts SITW | M/0 | 1415.41 | 68.26 | 1147.04 |
| **Total Tax Withholding** | | | 204.97 | 3690.78 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0020 | xxxx3977 | 1206.22 |
| **Total Direct Deposits** | | 1206.22 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| AT Life & LT Out | 4.22 | 62.58 |
| 403B RA | 60.00 | 820.00 |
| PT Dental | 10.29 | 164.64 |
| **Total Deductions** | 74.51 | 1047.22 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | Hours |
|---|---|---|
| Avail Hrs | | 96.00 |

4