# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
November 1, 2016

In re:
    Mark Kevin Fisher(other names used by debtor: Mark Fisher Construction)
    Last four digits of Social–Security No or other Individual
    Taxpayer–Identification No (ITIN): xxx–xx–5263

    Stephanie Powers
    Last four digits of Social–Security No or other Individual
    Taxpayer–Identification No (ITIN): xxx–xx–3580
                       Debtor.

Case Number: 16–11462 cab
Chapter: 13

## NOTICE OF HEARING

**PLEASE BE ADVISED** that a hearing has been **SCHEDULED** for **December 16, 2016 at 01:30 PM** at the following location:

    **U.S. Bankruptcy Court – Rutland**
    **U.S. Post Office and Courthouse**
    **151 West Street, Room 202**
    **Rutland, VT**

to consider and act upon the following matters:

    **CONFIRMATION OF CHAPTER 13 PLAN, DEBTOR'S ELIGIBILITY FOR CHAPTER 13 RELIEF, and DEBTOR'S COMPLIANCE WITH 11 U.S.C Sec. 521**

Parties are encouraged to submit **OBJECTIONS** to the confirmation of a chapter 13 plan in writing. Objections must specify the grounds for the objection whether presented in writing or orally. If in writing, the objection must be filed with the Clerk and served on the U.S. Trustee, Chapter 13 Trustee and the Debtor and Attorney for the Debtor at least three (3) business days prior to the date set for the confirmation hearing.

| Chapter 13 Trustee | Debtor | Debtor's Attorney |
|---|---|---|
| Jan M. Sensenich | Mark Kevin Fisher | Joan Adler |
| P.O. Box 1326 | 800 Hubbard Hill Rd | 47 Williston St #3 |
| Norwich, VT 05055 | Jacksonville, VT 05342 | Brattleboro, VT 05301–5900 |
| **U.S. Trustee Address** | **Joint Debtor** | **Joint Debtor's Attorney** |
| U.S. Trustee | Stephanie Powers | Joan Adler |
| 74 Chapel Street, Suite #200 | 7652 Jacksonville Stage Rd | 47 Williston St #3 |
| Albany, NY 12207 | West Halifax, VT 05358 | Brattleboro, VT 05301–5900 |

Dated: November 1, 2016

For the Court

Jeffrey S. Eaton
Clerk of Court

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402–1663

Tel. (844) 644–7459
VCIS* (866) 222–8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 192 – efh

**Notice to Court Visitors**: Upon arrival at the court building, please be prepared to show two forms of identification (I.D.), one of which should be a government–issued photo I.D. or a student photo I.D.. Please, no cell phones or other electronic devices in the courthouse.

United States Bankruptcy Court
District of Vermont

In re:                                                              Case No. 16-11462-cab
Mark Kevin Fisher                                                   Chapter 13
Stephanie Powers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0210-2         User: efh              Page 1 of 2           Date Rcvd: Nov 01, 2016
                             Form ID: 192           Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
```
db         +Mark Kevin Fisher,    800 Hubbard Hill Rd,   Jacksonville, VT 05342-9788
jdb        +Stephanie Powers,    7652 Jacksonville Stage Rd,    West Halifax, VT 05358-7917
812601     +ARS National Services, Inc.,    Department 127199,    P.O. Box 3005,
             Phoenixville, PA 19460-0920
812596     +Alltran Financial LP,    P.O. Box 610,   Sauk Rapids, MN 56379-0610
812598      American Express,    Post Office Box 26312,    Lehigh Valley, PA 18002-6312
812599      American Express,    Post Office Box 360001,    Fort Lauderdale, FL 33336-0001
812597     +American Express,    Attn: Bankruptcy/Correspondence,    Post Office Box 981540,
             El Paso, TX 79998-1540
812602     +Autex Mazda,   94 Key Road,    Keene, NH 03431-3925
812605      BMH Medical Group,    17 Belmont Avenue,    Brattleboro, VT 05301-3498
812606     +BMH Physicians Group,    17 Belmont Avenue,    Brattleboro, VT 05301-7601
812603     +Bank Of America,    Nc4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
812604     +Baystate Medical Practices,    Physician Billing Office,    Post Office Box 415557,
             Boston, MA 02241-5557
812607     +Brattleboro Memorial Hospital,    17 Belmont Ave.,    attn: Billing Department/Bankruptcy,
             Brattleboro, VT 05301-3498
812608     +Brattleboro Savings and Loan,    P.O. Box 1010,    Brattleboro, VT 05302-1010
812609     +Brattleboro Svgs & Loan,    c/o Elana S. Baron Esq.,    20 Central Square, Suite 2A,
             Keene, NH 03431-3795
812610     +Brigham & Womens Physicial Org,    c/o Gragil Associates, Inc.,    P.O. Box 1010,
             Pembroke, MA 02359-1010
812611     +Brown & Joseph Ltd,    1701 Golf Road,   Rolling Meadows, IL 60008-4247
812612     +Capital One,   Po Box 30285,    Salt Lake City, UT 84130-0285
812613      Cheshire Medical Center,    580 Court Street,    Keene, NH 03431-1729
812614     +Citibank Credit Services,    Attn: Centralized Bankruptcy,    Po Box 790040,
             Saint Louis, MO 63179-0040
812617     +Collection/Gragil Assoc, Inc.,    281 Winter Street Suite 240,    Waltham, MA 02451-8713
812618     +Colrain Volunteer Ambulance,    8 Turcotte Memorial Dr,    Rowley, MA 01969-1706
812619      Computer Credit, Inc.,    Claim Department 002360,    470 West Hanes Mill Road,    PO Box 5238,
             Winston Salem, NC 27113-5238
812620     +Comstar Ambulance Billing Service,    8 Turcotte Memorial Dr.,    Rowley, MA 01969-1706
812626    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court:  Direct TV,    P.O. Box 6550,    Greenwood Village, CO 80155)
812621      Dartmouth - Hitchcock,    P.O. Box 419114,   Boston, MA 02241-9114
812623      Dartmouth Hitchcock Clinic,    P.O. Box 419060,    Boston, MA 02241-9060
812625     +Deerfield Valley Rescue, Inc.,    Post Office Box 854,    Wilmington, VT 05363-0854
812627      Diversified Consultants, Inc.,    Post Office Box 1391,    Southgate, MI 48195-0391
812628      Electromedical Associates, Inc.,    Post Office Box 473,    Amherst, NH 03031-0473
812629     +Gragil Associates, Inc.,    29 Winter St.,    Pembroke, MA 02359-4949
812630     +Gwendolyn Harris, Esq.,    P.O. Box 1288,   Brattleboro, VT 05302-1288
812631     +Ker-Westerlund Funeral Home,    57 High St.,    Brattleboro, VT 05301-3797
812634     +Marcam Associates,    P.O. box 60,   Rochester, NH 03866-0060
812633     +Marcam Associates,    36 Industrial Way,    Rochester, NH 03867-4291
812637      MedCare Emergency Health,    P.O. Box 417873,    Boston, MA 02241-7873
812638     +Midland Funding,    2365 Northside Dr,   Suite 300,    San Diego, CA 92108-2709
812639      Northstar Location Services, LLC,    attn Financial Services Dept,    4285 Genesee St.,
             Cheektowaga, NY 14225-1943
812640      Primmer Piper Eggleston & Cramer,    Chapter 7 Trustee,    P.O. Box 349,
             Littleton, NH 03561-0349
812641     +Prism Medical Products,    112 Church Street,    Elkin, NC 28621-3476
812644     +Rescue, Inc.,   541 Canal Street,    Brattleboro, VT 05301-6624
812646      Suburban Propane,    Post Office Box 160,   Whippany, NJ 07981-0160
812647     +Summit Collection Services,    Post Office Box 306,    Ho Ho Kus, NJ 07423-0306
812648      UMass Memorial  Medical Group,    P.O.Box 415369,    Boston, MA 02241-5369
812649      Valerie Rickert,    Director of Tax Compliance,,    Vermont Dept of Taxes,    P.O. Box 1800,
             Montpelier, VT 05633-1401
812650     +Verizon,   500 Technology Drive,    Suite 500,   Weldon Spring, MO 63304-2225
812651      Vermont Department of Taxes,    P.O. Box 588,    Montpelier, VT 05601-0588
812652     +Windam Superior Court,    P.O. Box 207,   Newfane, VT 05345-0207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
812600      E-mail/Text: legal@arsnational.com Nov 01 2016 20:05:19     ARS National Services, Inc.,
             P.O. Box 469100,   Escondido, CA 92046-9100
812615     +E-mail/Text: ering@cbhv.com Nov 01 2016 20:05:21     Collection Bureau Hudson Valley, Inc.,
             Post Office Box 831,   Newburgh, NY 12551-0831
812622     +E-mail/Text: Conifer-DH-Bankruptcy.Notification@coniferhealth.com Nov 01 2016 20:05:22
             Dartmouth Hitchcock Clinic,    P.O. Box 810,   Hanover, NH 03755-0810
812624     +E-mail/Text: Conifer-DH-Bankruptcy.Notification@coniferhealth.com Nov 01 2016 20:05:22
             Dartmouth-Hitchcock,   One Medical Center Drive,    Lebanon, NH 03756-0001
812595      E-mail/Text: cio.bncmail@irs.gov Nov 01 2016 20:05:18     Internal Revenue Service,
             Centralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0210-2               User: efh                  Page 2 of 2                 Date Rcvd: Nov 01, 2016
                                   Form ID: 192               Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
812632        +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 01 2016 20:05:18      Kohls/Capital One,
               Po Box 3120,    Milwaukee, WI 53201-3120
812636        +E-mail/Text: Conifer-DH-Bankruptcy.Notification@coniferhealth.com Nov 01 2016 20:05:22
               Mary Hitchcock Memorial Hospital,    One Medical Center Dr.,    Lebanon, NH 03756-1000
812643         E-mail/Text: Supportservices@receivablesperformance.com Nov 01 2016 20:05:22
               Receivables Performance Management,    PO Box 1548,   Lynnwood, WA 98046-1548
812642        +E-mail/Text: Supportservices@receivablesperformance.com Nov 01 2016 20:05:22
               Receivables Performance Management,    20816 44th Ave West,    Lynnwood, WA 98036-7744
812645        +E-mail/Text: harbec@phin.org Nov 01 2016 20:05:22      Southwestern Vermont Medical Center,
               140 Hospital Dr, Suite 217,   Bennington, VT 05201-5015
812594         E-mail/Text: ustpregion02.vt.ecf@usdoj.gov Nov 01 2016 20:05:20      U.S. Trustee,
               74 Chapel St.,   Albany, NY 12207-2190
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
812616*       +Collection Bureau Hudson Valley, Inc.,    Po Box 831,   Newburgh, NY 12551-0831
812635       ##+Marcam Associates,    396 High St. #2,   Somersworth, NH 03878-1433
                                                                                      TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:
```
              Jan M. Sensenich    jansenenich@vermont13trustee.com,
               jodyb@vermont13trustee.com;dsensenich@vermont13trustee.com;margaretk@vermont13trustee.com;vermont
               13trustee@gmail.com
              Joan   Adler    on behalf of Debtor Mark Kevin Fisher adleresq@crocker.com,    adwoz@crocker.com
              Joan   Adler    on behalf of Joint Debtor Stephanie  Powers adleresq@crocker.com,   adwoz@crocker.com
              U S Trustee    ustpregion02.vt.ecf@usdoj.gov
                                                                                               TOTAL: 4
```