**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark Kevin Fisher** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–5263** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Stephanie Powers** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–3580** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Vermont** | Date case filed for chapter  **13**  **11/1/16** |
| Case number: | **16–11462** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case 12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark Kevin Fisher | Stephanie Powers |
| 2. | **All other names used in the last 8 years** | dba Mark Fisher Construction | |
| 3. | **Address** | 800 Hubbard Hill Rd <br> Jacksonville, VT 05342 | 7652 Jacksonville Stage Rd <br> West Halifax, VT 05358 |
| 4. | **Debtor's attorney** <br> Name and address | Joan Adler <br> 47 Williston St #3 <br> Brattleboro, VT 05301–5900 | Contact phone (802) 257–1712 <br> Email _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | Jan M. Sensenich <br> P.O. Box 1326 <br> Norwich, VT 05055 | Contact phone (802) 649–1213 <br> Email _____ |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U. S. Bankruptcy Court – Burlington <br> 11 Elmwood Ave. Suite 240 <br> P.O. Box 1663 <br> Burlington, VT 05402–1663 | Hours open: Monday – Friday 9:00 AM – 5:00 PM <br> Contact phone (844) 644–7459 <br> Date: 11/1/16 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 16, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Vermont District and Family Court**<br>**9 Merchants Row**<br>**Rutland, VT 05701** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline:** _____ |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/16/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/1/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
District of Vermont

In re: Case No. 16-11462-cab
Mark Kevin Fisher Chapter 13
Stephanie Powers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0210-2     User: efh     Page 1 of 2     Date Rcvd: Nov 01, 2016
                     Form ID: 309I     Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.

```
db             +Mark Kevin Fisher,    800 Hubbard Hill Rd,    Jacksonville, VT 05342-9788
jdb            +Stephanie Powers,    7652 Jacksonville Stage Rd,    West Halifax, VT 05358-7917
tr             +Jan M. Sensenich,    P.O. Box 1326,    Norwich, VT 05055-1326
812601         +ARS National Services, Inc.,    Department 127199,    P.O. Box 3005,
                 Phoenixville, PA 19460-0920
812596         +Alltran Financial LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
812602         +Autex Mazda,    94 Key Road,    Keene, NH 03431-3925
812605          BMH Medical Group,    17 Belmont Avenue,    Brattleboro, VT 05301-3498
812606         +BMH Physicians Group,    17 Belmont Avenue,    Brattleboro, VT 05301-7601
812604         +Baystate Medical Practices,    Physician Billing Office,    Post Office Box 415557,
                 Boston, MA 02241-5557
812607         +Brattleboro Memorial Hospital,    17 Belmont Ave.,    attn: Billing Department/Bankruptcy,
                 Brattleboro, VT 05301-3498
812608         +Brattleboro Savings and Loan,    P.O. Box 1010,    Brattleboro, VT 05302-1010
812609         +Brattleboro Svgs & Loan,    c/o Elana S. Baron Esq.,    20 Central Square, Suite 2A,
                 Keene, NH 03431-3795
812610         +Brigham & Womens Physicial Org,    c/o Gragil Associates, Inc.,    P.O. Box 1010,
                 Pembroke, MA 02359-1010
812611         +Brown & Joseph Ltd,    1701 Golf Road,    Rolling Meadows, IL 60008-4247
812613          Cheshire Medical Center,    580 Court Street,    Keene, NH 03431-1729
812614         +Citibank Credit Services,    Attn: Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
812617         +Collection/Gragil Assoc, Inc.,    281 Winter Street Suite 240,    Waltham, MA 02451-8713
812618         +Colrain Volunteer Ambulance,    8 Turcotte Memorial Dr,    Rowley, MA 01969-1706
812619          Computer Credit, Inc.,    Claim Department 002360,    470 West Hanes Mill Road,    PO Box 5238,
                 Winston Salem, NC 27113-5238
812620         +Comstar Ambulance Billing Service,    8 Turcotte Memorial Dr.,    Rowley, MA 01969-1706
812621          Dartmouth - Hitchcock,    P.O. Box 419114,    Boston, MA 02241-9114
812623          Dartmouth Hitchcock Clinic,    P.O. Box 419060,    Boston, MA 02241-9060
812625         +Deerfield Valley Rescue, Inc.,    Post Office Box 854,    Wilmington, VT 05363-0854
812627          Diversified Consultants, Inc.,    Post Office Box 1391,    Southgate, MI 48195-0391
812628          Electromedical Associates, Inc.,    Post Office Box 473,    Amherst, NH 03031-0473
812629         +Gragil Associates, Inc.,    29 Winter St.,    Pembroke, MA 02359-4949
812630         +Gwendolyn Harris, Esq.,    P.O. Box 1288,    Brattleboro, VT 05302-1288
812631         +Ker-Westerlund Funeral Home,    57 High St.,    Brattleboro, VT 05301-3797
812634         +Marcam Associates,    P.O. box 60,    Rochester, NH 03866-0060
812633         +Marcam Associates,    36 Industrial Way,    Rochester, NH 03867-4291
812637          MedCare Emergency Health,    P.O. Box 417873,    Boston, MA 02241-7873
812638         +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
812639          Northstar Location Services, LLC,    attn Financial Services Dept,    4285 Genesee St.,
                 Cheektowaga, NY 14225-1943
812640          Primmer Piper Eggleston & Cramer,    Chapter 7 Trustee,    P.O. Box 349,
                 Littleton, NH 03561-0349
812641         +Prism Medical Products,    112 Church Street,    Elkin, NC 28621-3476
812644         +Rescue, Inc.,    541 Canal Street,    Brattleboro, VT 05301-6624
812646          Suburban Propane,    Post Office Box 160,    Whippany, NJ 07981-0160
812647         +Summit Collection Services,    Post Office Box 306,    Ho Ho Kus, NJ 07423-0306
812648          UMass Memorial  Medical Group,    P.O.Box 415369,    Boston, MA 02241-5369
812649          Valerie Rickert,    Director of Tax Compliance,,    Vermont Dept of Taxes,    P.O. Box 1800,
                 Montpelier, VT 05633-1401
812650         +Verizon,    500 Technology Drive,    Suite 500,    Weldon Spring, MO 63304-2225
812651          Vermont Department of Taxes,    P.O. Box 588,    Montpelier, VT 05601-0588
812652         +Windam Superior Court,    P.O. Box 207,    Newfane, VT 05345-0207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: adleresq@crocker.com Nov 01 2016 20:05:17     Joan Adler,    47 Williston St #3,
                 Brattleboro, VT 05301-5900
ust             E-mail/Text: ustpregion02.vt.ecf@usdoj.gov Nov 01 2016 20:05:20     U S Trustee,
                 74 Chapel St, Ste 200,    Albany, NY 12207-2190
812600          EDI: ARSN.COM Nov 01 2016 20:08:00      ARS National Services, Inc.,    P.O. Box 469100,
                 Escondido, CA 92046-9100
812598          EDI: AMEREXPR.COM Nov 01 2016 20:08:00      American Express,    Post Office Box 26312,
                 Lehigh Valley, PA 18002-6312
812599          EDI: AMEREXPR.COM Nov 01 2016 20:08:00      American Express,    Post Office Box 360001,
                 Fort Lauderdale, FL 33336-0001
812597         +EDI: AMEREXPR.COM Nov 01 2016 20:08:00      American Express,    Attn: Bankruptcy/Correspondence,
                 Post Office Box 981540,    El Paso, TX 79998-1540
812603         +EDI: BANKAMER.COM Nov 01 2016 20:08:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
812612         +EDI: CAPITALONE.COM Nov 01 2016 20:08:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
812615         +E-mail/Text: ering@cbhv.com Nov 01 2016 20:05:21     Collection Bureau Hudson Valley, Inc.,
                 Post Office Box 831,    Newburgh, NY 12551-0831
```

```
District/off: 0210-2          User: efh               Page 2 of 2              Date Rcvd: Nov 01, 2016
                              Form ID: 309I           Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
812626           EDI: DIRECTV.COM Nov 01 2016 20:08:00      Direct TV,   P.O. Box 6550,
                 Greenwood Village, CO 80155
812622          +E-mail/Text: Conifer-DH-Bankruptcy.Notification@coniferhealth.com Nov 01 2016 20:05:22
                 Dartmouth Hitchcock Clinic,    P.O. Box 810,    Hanover, NH 03755-0810
812624          +E-mail/Text: Conifer-DH-Bankruptcy.Notification@coniferhealth.com Nov 01 2016 20:05:22
                 Dartmouth-Hitchcock,    One Medical Center Drive,    Lebanon, NH 03756-0001
812595           EDI: IRS.COM Nov 01 2016 20:08:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
812632          +EDI: CBSKOHLS.COM Nov 01 2016 20:08:00      Kohls/Capital One,    Po Box 3120,
                 Milwaukee, WI 53201-3120
812636          +E-mail/Text: Conifer-DH-Bankruptcy.Notification@coniferhealth.com Nov 01 2016 20:05:22
                 Mary Hitchcock Memorial Hospital,    One Medical Center Dr.,    Lebanon, NH 03756-1000
812643           E-mail/Text: Supportservices@receivablesperformance.com Nov 01 2016 20:05:22
                 Receivables Performance Management,    PO Box 1548,    Lynnwood, WA 98046-1548
812642          +E-mail/Text: Supportservices@receivablesperformance.com Nov 01 2016 20:05:22
                 Receivables Performance Management,    20816 44th Ave West,    Lynnwood, WA 98036-7744
812645          +E-mail/Text: harbec@phin.org Nov 01 2016 20:05:22      Southwestern Vermont Medical Center,
                 140 Hospital Dr, Suite 217,    Bennington, VT 05201-5015
812594           E-mail/Text: ustpregion02.vt.ecf@usdoj.gov Nov 01 2016 20:05:20      U.S. Trustee,
                 74 Chapel St.,   Albany, NY 12207-2190
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
812616*         +Collection Bureau Hudson Valley, Inc.,    Po Box 831,    Newburgh, NY 12551-0831
812635         ##+Marcam Associates,    396 High St. #2,   Somersworth, NH 03878-1433
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:

```
              Jan M. Sensenich     jansensenich@vermont13trustee.com,
               jodyb@vermont13trustee.com;dsensenich@vermont13trustee.com;margaretk@vermont13trustee.com;vermont
               13trustee@gmail.com
              Joan   Adler    on behalf of Debtor Mark Kevin Fisher adleresq@crocker.com,    adwoz@crocker.com
              Joan   Adler    on behalf of Joint Debtor Stephanie  Powers adleresq@crocker.com,   adwoz@crocker.com
              U S Trustee    ustpregion02.vt.ecf@usdoj.gov
                                                                                               TOTAL: 4
```