| | |
|---|---|
| **IN RE:** | ) |
| | ) |
| MARK KEVIN FISHER | ) **Case No.** |
| STEPHANIE POWERS | ) **Chapter 13 case** |
| **Debtor** | ) |

## GIFT TO DEBTOR(S) TO PAY MONTHLY PLAN FEES

I, John Powers, having an address of B103 View Road, Wilmingtin, VT will be gifting $200.00 monthly to the Chapter 13 Trustee, Jan M. Sensenich, for the benefit of the debtors referenced hereinabove to assist the debtors with paying their monthly Chapter 13 Bankruptcy Plan.

Dated: 11-7-16                Signed _____
                                                John Powers

STATE OF VERMONT       )
COUNTY OF WINDHAM )       ss.

Before me appeared John Powers on this 7th day of November 2016, and upon being duly sworn attested to the truth of the statements contained herein.

Before me: _____ Notary Public

Commission expires 2/10/19

```
ANTHONY TRIBUNO
Notary Public, State of Vermont
My Commission Expires Feb. 10, 2019
```

**IN RE:** )
)
MARK KEVIN FISHER ) **Case No.**
STEPHANIE POWERS ) **Chapter 13 case**
                     **Debtor** )

## GIFT TO DEBTOR(S) TO PAY MONTHLY PLAN FEES

I, Melissa Fisher, having an address of 415 72nd Street, #2, Brooklyn, New York 11209, will be gifting $300.00 monthly to the Chapter 13 Trustee, Jan M. Sensenich, for the benefit of the debtors referenced hereinabove to assist the debtors with paying their monthly Chapter 13 Bankruptcy Plan.

Dated: 11/18/16          Signed _____
                                                      Melissa Fisher

STATE OF NEW YORK   )
COUNTY OF KINGS     ) ss.

Before me appeared Melissa Fisher on this 18 day of November 2016, and upon being duly sworn attested to the truth of the statements contained herein.

                Before me: Jason Dunn   Notary Public _____
                Commission expires: 02/09/19



**IN RE:**                                                                )
                                                                          )
MARK KEVIN FISHER                                       ) Case No.
STEPHANIE POWERS                                    ) Chapter 13 case
                                    **Debtor**       )

## GIFT TO DEBTOR(S) TO PAY MONTHLY PLAN FEES

I, Paula Fisher, having an address of 30 Julio Drive, Shrewsbury, Massachusetts 01546, will be gifting $1,485.00 monthly to the Chapter 13 Trustee, Jan M. Sensenich, for the benefit of the debtors referenced hereinabove to assist the debtors with paying their monthly Chapter 13 Bankruptcy Plan.

Dated: 11-1-16                    Signed _____
                                                    Paula Fisher

COMMONWEALTH OF MASSACHUSETTS    )
COUNTY OF WORCESTER                              )    ss.

Before me appeared Melissa Fisher on this ____ day of November 2016, and upon being duly sworn attested to the truth of the statements contained herein.

Before me: Kara Ewick  Notary Public
Commission expire: May 20, 2022



KARA EWICK
Notary Public
Massachusetts
Commission Expires May 20, 2022